

# ffourtĵ Court of Appeals

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-14-807-CV

Trial Court Style: Brad Aery et al vs Hoskins INC et al

Trial Court No.: M-12-0045-CV-A

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above referenced appeal. The approximate date of trial was: 10/21/2014
The record was originally due: 12/22/2014
I anticipate the length of the record to be: 500 PAGES (+-)

I am unable to file the record by the date such record is due because [check one]:

☐    the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐    my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☒    Other. Explain [attach additional pages if needed]: The request was received in my office at the very end of the work day on the

day it was due. Being it is in the middle of the Holidays there have been only 3 full work days since, therefore the Clerk's Record isn't complete at this time.

I anticipate the record will be completed by: 1/16/2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 1/6/2015                    Signature: _____

Printed
Name: Mattie Sadovsky

Title: District Clerk

Rev. 1.8.14





# McMullen County & District Clerk's Office

### Mattie Sadovsky, Clerk

PO Box 235
501 River Street
Tilden TX 78072

Phone (361) 274-3215
Fax (361) 274-3858

## Request to File Paper Record

Being that E-Filing it is not mandatory for McMullen County until January 2016, we have not begun the process. I am requesting that we be allowed to paper file the Clerk's Record in Court of Appeals number 04-14-807-CV Aery vs Hoskins. Thank you for your consideration in this matter.

Sincerely,

*Mattie Sadovsky*

Mattie Sadovsky

2015 JAN -6 PM 2:47

FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS